# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

In re: DANIEL M. DEROSA, JR                           Case No. 17-01953
       MELANIE L. DEROSA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I | Land Home Financial Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 6024

Court Claim # (if known): 11-1
Amount of Claim: $114,166.75
Date Claim Filed: 09/18/2017

Phone: (877) 332-3543
Last Four Digits of Acct. #: 1564

Name and Address where transferee payments should be sent (if different from above):

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 6024

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ketan Sawarkar
    AIS Portfolio Services, LP.                           Date 10/04/2019
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| Case Name: | DANIEL M. DEROSA, JR<br>MELANIE L. DEROSA | ) ) ) ) | Case No.<br>Judge:<br>Chapter: | 17-01953<br>Robert N. Opel II<br>13 |
|---|---|---|---|---|

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 10/04/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I filed Transfer of Claim.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 10/04/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
DANIEL M. DEROSA, JR
MELANIE L. DEROSA
198 NORTH MAIN STREET,
HUGHESVILLE, PA 17737

I hereby certify that on 10/04/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
CHARLES J DEHART III
8125 ADAMS DRIVE SUITE A,
HUMMELSTOWN, PA 17036

Debtor's counsel:
MCELRATH LEGAL HOLDINGS LLC
PAUL W MCELRATH JR
1641 SAW MILL RUN BOULEVARD,
PITTSBURGH, PA 15210

All Parties in Interest
All Parties requesting Notice

By: /s/ Ketan Sawarkar
Ketan Sawarkar AIS Portfolio Services, LP as agent.
Transferee/Transferee's Agent