# Notice Recipients

District/Off: 0314–4        User: CKovach        Date Created: 10/7/2019
Case: 4:17–bk–01953–RNO     Form ID: trc         Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5170138    Land Home Financial Services, Inc.    2001 Western Avenue, Suite 400    Seattle, WA 98121    Land Home Financial Services, Inc.    2001 Western Avenue, Suite 400    Seattle, WA 98121

TOTAL: 1