IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| | |
|---|---|
| In Re: | ) Bankruptcy Case No. 4:17-bk-01953-MJC |
| | ) |
| Daniel M. Derosa, Jr., | ) Chapter 13 |
| Melanie L. Derosa, | |
| | ) |
| Debtors. | ) Judge: Mark J Conway |
| | ) |

## WITHDRAWAL OF NOTICE OF PAYMENT CHANGE

COMES NOW U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and respectfully moves this Court to allow it to withdraw the Notice of Payment Change filed on February 7, 2022.

Notice of Payment Change Filed Date: February 7, 2022
Notice of Payment Change Claim Number: 11

                                                     */s/Karen A. Maxcy* Karen A. Maxcy
                                                     Karen A. Maxcy
                                                     Agent for Movant
                                                     McCalla Raymer Leibert Pierce, LLC
                                                     1544 Old Alabama Road
                                                     Roswell, GA 30076
                                                     Phone: 678-321-6965
                                                     Fax: Karen
                                                     Karen.Maxcy@mccalla.com

| | |
|---|---|
| In Re:<br>    Daniel M. Derosa, Jr.<br>    Melanie L. Derosa | Bankruptcy Case No.:   4:17-bk-01953-MJC<br>Chapter:   13<br>Judge:   Mark J Conway |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within WITHDRAWAL OF NOTICE OF PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Daniel M. Derosa, Jr.
198 North Main Street
Hughesville, PA 17737

Melanie L. Derosa
198 North Main Street
Hughesville, PA 17737

Paul W McElrath, Jr,                                     *(served via ECF Notification)*
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Jack N Zaharopoulos (Trustee)                      *(served via ECF Notification)*
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                                         *(served via ECF Notification)*
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   12/06/2022   By:   */s/Karen A. Maxcy*
               (date)                    Karen A. Maxcy
                                           Agent for Movant