Daniel M. DeRosa
Melanie L. DeRosa
Case No. 4-17-01953-MJC

Request for a status conference

Have been trying to get in touch with our attorney Mr. Paul McElrath, for a few months now, He has not returned our phone calls or emails.
I am trying to settle a workers compensation case, but am unable to do so because there needs to be an order from the trustee saying how much of the settlement needs to be put in an escrow account to pay off the bankruptcy. My workers comp attorney Susan Henry has also been trying to get ahold of Mr. McElrath and has had no luck. If I am unable to get this resolved I could lose the workers comp settlement.
Please schedule a status conference in this matter.
Daniel DeRosa
Melanie DeRosa