IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| | : | |
| DANIEL M. DEROSA, JR. and MELANIE L. DEROSA | : | CASE NO. 4:17-bk-01953-MJC |
| | : | |
| DEBTORS | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

        Respectfully submitted,

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 & 9

        D. Troy Sellars
        Assistant United States Trustee

        By:/s/ Joseph P. Schalk
        Joseph P. Schalk, Esq., Trial Attorney
        PA Attorney ID No. 91656
        United States Department of Justice
        Office of the United States Trustee
        Middle District of Pennsylvania
        Sylvia H. Rambo U.S. Courthouse
        1501 North 6th Street, Box 302
        Harrisburg, PA 17102
        Tel. (717) 221-4515
        Fax (717) 221-4554
        Email: Joseph.Schalk@usdoj.gov

Dated: May 24, 2023