United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                           Case No. 17-01953-MJC
Daniel M. Derosa, Jr.                                Chapter 13
Melanie L. Derosa
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                          User: AutoDocke                          Page 1 of 2
Date Rcvd: May 23, 2023                   Form ID: pdf010                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

**Recip ID**               **Recipient Name and Address**
db/jdb                 + Daniel M. Derosa, Jr., Melanie L. Derosa, 198 North Main Street, Hughesville, PA 17737-1508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:

**Name**                        **Email Address**

Brian C Nicholas
    on behalf of Creditor Fay Servicing LLC as attorney in fact for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Jerome B Blank
    on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com

Joseph Angelo Dessoye
    on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com

Lisa Cancanon
    on behalf of Creditor Land Home Financial Services Inc. Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu

Michele A De Witt

| | |
|---|---|
| | on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Daniel M. Derosa Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 2 Melanie L. Derosa ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

IN RE:

| Daniel M. Derosa, Jr. | | Chapter: | 13 |
|---|---|---|---|
| | Debtor 1 | Case No: | 4:17-bk-01953-MJC |
| Melanie L. Derosa | | | |
| | Debtor 2 | Document No.: | 85 |
| | | Nature of Proceeding: | Correspondence filed by Debtors |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that a status conference will be held on the above-referenced matter and upon any answer/objections thereto on:

| DATE: | 6/8/2023 | PLACE: | United States Bankruptcy Court |
|---|---|---|---|
| TIME: | 10:00 am | | Courtroom #2, Max Rosenn U.S. Courthouse 197 South Main Street Wilkes-Barre, PA 18701 |

**IT IS FURTHER ORDERED** that Debtors' counsel must appear either in person or via the Court's electronic video conferencing system.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 22, 2023

---

Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.