IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DANIEL M. DEROSA, JR. and MELANIE L. DEROSA <br> Debtors | : CHAPTER 13 <br> : <br> : |
| DANIEL M. DEROSA, JR. and MELANIE L. DEROSA <br> Movants <br> vs. <br> JACK N. ZAHAROPOULOS <br> STANDING CHAPTER 13 TRUSTEE` <br> Respondent | : <br> : <br> : <br> : <br> : <br> : CASE NO. 4-17-bk-01953-MJC <br> : <br> : TRUSTEE'S OBJECTION TO MOTION <br> : TO APPROVE SETTLEMENT |

## **ORDER**

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Motion to Approve Settlement of Workers' Compensation Case,

IT IS HEREBY ORDERED that Movants shall receive $25,690.00 and that the net amount be paid to the Trustee.