IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Case No. 4:17-bk-01953-MJC | |
| Daniel M. DeRosa Jr. and : | | |
| Melanie L. DeRosa, : | Chapter 13 | |
|       Debtors : | | |
| _____ : | | |
| Daniel M. DeRosa Jr., : | Related to Doc. No. 99 | |
| : | | |
|       Movant : | | |
| vs. : | | |
| : | | |
| Jack N. Zaharopoulos, Esquire, : | | |
| Chapter 13 Trustee, : | | |
| : | | |
|       Respondent : | | |

## CERTIFICATE OF SERVICE ORDER APPROVING APPLICATION TO EMPLOY SPECIAL COUNSEL

    I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated June 8, 2023, Approving Application to Employ Special Counsel, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification where indicated.

Executed on: June 15, 2023

                                                       By: /s/ Sharla Munroe
                                                              Sharla Munroe, Paralegal
                                                               McElrath Legal Holdings, LLC
                                                               1641 Saw Mill Run Blvd
                                                               Pittsburgh, PA 15210
                                                               sharlam@mcelrathlaw.com
                                                               Tel: 412.765.3606
                                                                Fax: 412.765.1917

# MATRIX OF PARTIES SERVED

CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
PO BOX 969
HARRISBURG, PA 17108

Susan M. Henry, Esquire
Krasno, Krasno & Onwudinjo
400 N. 2nd Street
Pottsville, PA 17901

Daniel & Melanie DeRosa
198 North Main Street
Hughesville, PA 17737

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Apothaker & Associates
520 Fellowship Road C306
Mount Laurel, NJ 08054

Bayview Loan Servicing LLC
4425 Ponce De Leon Blvd
5th Floor
Coral Gables, FL 33146

Berks Credit & Coll
900 Corporate Dr
Reading, PA 19605

Boca Raton Hospital
800 Meadows Rd
Boca Raton, FL 33486

Capio Partners Llc
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Citizens & Northern Bank
1085 South Main Street
Mansfield, PA 16933

Coml Accept
4807 Jonestown Rd. Ste 247
Harrisburg, PA 17109

Commonwealth Financial
245 Main St
Dickson City, PA 18519

Cvi Loan GT Trust
55 Beattie Place Suite 110
Greenville, SC 29601

Danville Hospital
100 N Academy Ave, Fl 6
Troxelville, PA 17882

DITECH FINANCIAL LLC
POB 0049
Rapid City, SD 57709

Evangelical Community Hospital
One Hospital Drive
Lewisburg, PA 17837

Geisinger Medical Center
PO Box 828518
Philadelphia, PA 19182-8518

Green Tree
500 Landmark Tower
St Paul, MN 55102

I C System
P.O. Box 64378
St Paul, MN 55164

I.C. Systems, Inc.
P.O. Box 64378
St Paul, MN 55164

Internal Revenue Service
Insolvency Unit
POB 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Unit
POB 628
Pittsburgh, PA 15230

Internal Revenue Service
William S. Moorehead Federal Buildi
1000 Liberty Avenue Room 727
Pittsburgh, PA 15222

LVNV Funding
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

mucny valley hospital
215 East Water Street
Muncy, PA 17756

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

Nationwide Recovery Sv
Po Box 8005
Cleveland, TN 37320

Natl Recover
2491 Paxton Street
Harrisburg, PA 17111

Natl Recover
4201 Crums Mill Rd
Harrisburg, PA 17112

Natl Recovery
4201 Crums Mill Rd
Harrisburg, PA 17112

Northwest Consumer Dis
440 River Ave
Williamsport, PA 17701

Onemain
P.O. Box 499
Hanover, MD 21076

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

Penn Credit
916 South 14th Street
Po Box 988
Harrisburg, PA 17108

Penn Credit
916 S 14th St
Harrisburg, PA 17104

Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104

PP&L
2 NORTH 9TH STREET
ALLENTOWN, PA 18101-1179

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

Remit Corp
36 W Main St
Bloomsburg, PA 17815

Resurgent Capital
PO Box 10587
Greenville, SC 29603

Sprint
Customer Service
P.O. Box 8077
London, KY 40742

Susquehanna Health
699 Rural Ave # 306
Williamsport, PA 17701

Tsi/99
PO Box 15630
Wilmington, DE 19850

Williamsport Hospital
700 High Street
Williamsport, PA 17701