United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-01953-MJC  
Daniel M. Derosa, Jr.  Chapter 13  
Melanie L. Derosa  
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jul 27, 2023      Form ID: pdf010      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Derosa, Jr., Melanie L. Derosa, 198 North Main Street, Hughesville, PA 17737-1508 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jul 27 2023 18:35:00 | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2023 18:50:02 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jul 27 2023 18:33:26 | U.S. Bank Trust National Association, as Trustee f, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee f |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor Fay Servicing LLC as attorney in fact for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Cancanon | on behalf of Creditor Land Home Financial Services Inc. Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu |
| Michele A De Witt | on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Daniel M. Derosa Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 2 Melanie L. Derosa ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 4:17-bk-01953-MJC |
| Daniel M. DeRosa Jr. and | : | |
| Melanie L. DeRosa, | : | |
|                 Debtors | : | Chapter 13 |
| | : | |
| Daniel M. DeRosa Jr., | : | Related to Docket No. 94 |
|                 Movant | : | |
| vs. | : | |
| | : | |
| Jack N. Zaharopoulos, | : | |
| Esquire, Chapter 13 Trustee, | : | |
|                 Respondent | : | |

**ORDER**

Upon consideration of Debtor's Motion to Approve Settlement of Workers' Compensation Case, Dkt. # 94 ("Motion'), the Trustee's Objection thereto, Dkt. # 95, and subsequent withdrawal thereof on the record, after a hearing held on July 27, 2023, and for the reasons stated on the record, it is hereby

**ORDERED, ADJUDGED AND DECREED** that settlement of the Debtor's Workers' Compensation Case is **APPROVED**; and it is further

**ORDERED** that from the total settlement of $90,291.28, distribution shall be as follows:

1. Debtor's Workers' Compensation attorney, Susan M. Henry, Esquire, shall be awarded $15,367.46 for counsel fees.

2. The Movant, Daniel M. DeRosa, will be awarded his exemption amount of $25,690.00.

3. Future Medical Benefits reserved in the amount of $13,454.00.

4. The Proceeds will be directed to the Chapter 13 Trustee in the amount of $35,779.82.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 27, 2023