Rev. June 23, 2008

**LOCAL BANKRUPTCY FORM 3015-2(b)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Melanie L. Derosa, | : | Case No. 4:17-bk-01953-MJC |
| Daniel M. Derosa, | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| Melanie L. Derosa | : | |
| Daniel M. Derosa Jr. | : | |
| Movants, | : | |
| | : | |
| Vs. | : | |
| | : | |
| Jack Zaharopoulos, Esquire | : | |
| (Trustee), | : | |
| Respondents, | : | |

**CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN**
(Altering Funding or Making Technical Amendments)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the

Eighth Amended Chapter 13 Plan filed on July 26, 2023 proposes to alter the funding of, or to

make technical amendments to, the Chapter 13 Plan confirmed on October 20, 2023, but does not

affect the treatment of the claims of any creditors included in the confirmed Plan, including the

amounts to be paid, the timing of the payments or the treatment of collateral: Plan Term is

Shortened And the amended plan will end July 2034.

I further certify that the Eighth Amended Chapter 13 Plan has been served on the Chapter

13 trustee, and because none of the claims provided for in the plan will be affected by the

provisions of the Eighth Amended Chapter 13 Plan, no further notice is required.

Dated: July 31, 2023

Paul W. McElrath
Counsel for Debtor(s)

1