# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Melanie L. Derosa, | : | Case No. 4:17-bk-01953-MJC |
| Daniel M. Derosa, | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| Melanie L. Derosa | : | |
| Daniel M. Derosa Jr. | : | |
| Movants, | : | |
| | : | |
| Vs. | : | Related to Docket No. 94 & 107 |
| | : | |
| Jack Zaharopoulos, Esquire, Trustee, | : | |
| Respondent, | : | |

## AMENDED ORDER

Upon consideration of Debtor's Motion to Approve Settlement of Workers' Compensation Case, Dkt. # 94 ("Motion'), the Trustee's Objection thereto, Dkt. # 95, and subsequent withdrawal thereof on the record, after a hearing held on July 27, 2023, and for the reasons stated on the record, it is hereby

**ORDERED, ADJUDGED AND DECREED** that settlement of the Debtor's Workers' Compensation Case is **APPROVED**; and it is further

**ORDERED** that from the total settlement of $90,291.28, distribution shall be as follows:

1. Debtor's Workers' Compensation attorney, Susan M. Henry, Esquire, shall be awarded $15,367.46 for counsel fees.

2. The Movant, Daniel M. DeRosa, will be awarded his exemption amount of $ 53,669.82.

3. Future Medical Benefits reserved in the amount of $13,454.00
   .
4. The Proceeds will be directed to the Chapter 13 Trustee in the amount of $7,800.00.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge

Dated: