United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 17-01953-MJC
Daniel M. Derosa, Jr.                                          Chapter 13
Melanie L. Derosa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                    User: AutoDocke                    Page 1 of 2
Date Rcvd: Aug 11, 2023                 Form ID: pdf010                    Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5423727 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 11 2023 18:43:11 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4945341 | | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2023 18:33:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5255604 | ^ | MEBN | Aug 11 2023 18:30:50 | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association, Fay Servicing, LLC 75381-4609 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | |

on behalf of Creditor Fay Servicing  LLC as attorney in fact for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Jerome B Blank

on behalf of Creditor Bayview Loan Servicing  LLC pamb@fedphe.com

Joseph Angelo Dessoye

on behalf of Creditor Bayview Loan Servicing  LLC pamb@fedphe.com

Joseph P Schalk

on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Lisa Cancanon

on behalf of Creditor Land Home Financial Services  Inc. Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu

Michele A De Witt

on behalf of Creditor Bayview Loan Servicing  LLC bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com

Paul W McElrath, Jr.

on behalf of Debtor 1 Daniel M. Derosa  Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

Paul W McElrath, Jr.

on behalf of Debtor 2 Melanie L. Derosa ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com

Regina Cohen

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 4:17-bk-01953-MJC |
| Daniel M. DeRosa Jr. and | : | |
| Melanie L. DeRosa, | : | Chapter 13 |
| Debtors | : | |
| _____ | : | Related to Docket No. 113 |
| | : | |
| Daniel M. DeRosa Jr., | : | |
| | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Jack N. Zaharopoulos, | : | |
| Esquire, Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

**AMENDED ORDER**

Upon consideration of Debtor's Motion to Modify Order Entered July 27, 2023, Dkt. # 113, as to Debtor's Motion to Approve Settlement of Workers' Compensation Case, Dkt. # 94, it is hereby

**ORDERED, ADJUDGED AND DECREED** that settlement of the Debtor's Workers' Compensation Case is **APPROVED**; and it is further

**ORDERED** that from the total settlement of $90,291.28, distribution shall be as follows:

1. Debtor's Workers' Compensation attorney, Susan M. Henry, Esquire, shall be awarded $15,367.46 for counsel fees.

2. The Movant, Daniel M. DeRosa, will be awarded his exemption amount of $53,669.82.

3. Future Medical Benefits reserved in the amount of $13,454.00.

4. The Proceeds will be directed to the Chapter 13 Trustee in the amount of $7,800.00.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 11, 2023