Re:  Daniel M Derosa, Jr
     Melanie M Derosa

Case No.: 4-17-01953MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 6024 |
| Property Address if applicable: | 198 N Main St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12,992.68 |
| b. | Prepetition arrearages paid by the trustee: | $12,992.68 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $1,250.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $539.96 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $12,992.68 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee. | |
| Current monthly mortgage payment: | $703.04 |
| The next postpetition payment was due on: | August 2023 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the

default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated:  October 19, 2023	Respectfully submitted,


	/s/ Jack N. Zaharopoulos
	Standing Chapter 13 Trustee
	Suite A, 8125 Adams Drive
	Hummelstown, PA  17036
	Phone:  (717) 566-6097
	Fax:  (717) 566-8313
	email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Daniel M Derosa, Jr
     Melanie M Derosa

Case No.: 4-17-01953MJC

Chapter 13

**Debtor(s)**

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 19, 2023, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul W McElrath, Jr, Esquire
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh PA 15210

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Daniel M Derosa, Jr
Melanie M Derosa
198 N Main St
Hughesville PA 17737

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 19, 2023

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 17-01953  DANIEL M. DEROSA, JR.

**FAY SERVICING, LLC**
PO BOX 814609

DALLAS, TX  75381-4609

Acct No: 6024

LOAN MOD APPLIED FOR 3/31/22. REC'D ORDER FOR LOAN MOD

Sequence: 07
Modify:
Filed Date:
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $36,816.89 | Interest Paid: $0.00 | |
| Amt Due: $664.80 | Paid: $36,816.89 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **FAY SERVICING, LLC** | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029656 | $664.80 | $0.00 | $664.80 | |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029656 | $664.80 | $0.00 | $664.80 | |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029656 | $664.80 | $0.00 | $664.80 | |
| | | | | | | | Payment for 7/2023 | |
| 501-0 | FAY SERVICING, LLC | | 10/18/2023 | 2029656 | $0.20 | $0.00 | $0.20 | |
| | | | | | | | Payment for 8/2023 | |
| 501-0 | FAY SERVICING, LLC | | 08/09/2023 | 2027647 | $560.75 | $0.00 | $560.75 | 08/16/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025774 | $286.73 | $0.00 | $286.73 | 06/22/2023 |
| | | | | | | | Payment for 5/2023 | |
| 501-0 | FAY SERVICING, LLC | | 06/13/2023 | 2025774 | $286.73 | $0.00 | $286.73 | 06/22/2023 |
| | | | | | | | Payment for 6/2023 | |
| 501-0 | FAY SERVICING, LLC | | 04/18/2023 | 2023778 | $286.73 | $0.00 | $286.73 | 04/26/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022772 | $286.73 | $0.00 | $286.73 | 03/27/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | FAY SERVICING, LLC | | 02/15/2023 | 2021756 | $286.73 | $0.00 | $286.73 | 02/27/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020759 | $286.73 | $0.00 | $286.73 | 01/25/2023 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020759 | $131.04 | $0.00 | $131.04 | 01/25/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | | | Payment for 9/2022 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | Payment for 10/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | Payment for 11/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $155.69 | $0.00 | $155.69 | 09/29/2022 |
| | | | | | Payment for 12/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $816.51 | $0.00 | $816.51 | 09/29/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016728 | $286.73 | $0.00 | $286.73 | 09/29/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 03/16/2022 | 2010525 | $520.43 | $0.00 | $520.43 | 03/31/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008553 | $520.43 | $0.00 | $520.43 | 02/01/2022 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008553 | $520.43 | $0.00 | $520.43 | 02/01/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006516 | $520.43 | $0.00 | $520.43 | 11/29/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005471 | $520.43 | $0.00 | $520.43 | 11/02/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005471 | $520.43 | $0.00 | $520.43 | 11/02/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003414 | $520.43 | $0.00 | $520.43 | 08/30/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002377 | $520.43 | $0.00 | $520.43 | 08/03/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002377 | $520.43 | $0.00 | $520.43 | 08/03/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 05/18/2021 | 2000382 | $520.43 | $0.00 | $520.43 | 05/28/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229012 | $520.43 | $0.00 | $520.43 | 04/29/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | FAY SERVICING, LLC | | 03/17/2021 | 1227988 | $520.43 | $0.00 | $520.43 | 03/29/2021 |
| | | | | | Payment for 3/2021 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 501-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226980 | $520.43 | $0.00 | $520.43 | 02/25/2021 |
| | | | | | | Payment for 2/2021 | | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225960 | $520.43 | $0.00 | $520.43 | 01/27/2021 |
| | | | | | | Payment for 12/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 01/19/2021 | 1225960 | $520.43 | $0.00 | $520.43 | 01/27/2021 |
| | | | | | | Payment for 1/2021 | | |
| 501-0 | FAY SERVICING, LLC | | 12/10/2020 | 1224173 | $520.43 | $0.00 | $520.43 | 12/17/2020 |
| | | | | | | Payment for 9/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 12/10/2020 | 1224173 | $520.43 | $0.00 | $520.43 | 12/17/2020 |
| | | | | | | Payment for 10/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 12/10/2020 | 1224173 | $520.43 | $0.00 | $520.43 | 12/17/2020 |
| | | | | | | Payment for 11/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221377 | $520.43 | $0.00 | $520.43 | 09/24/2020 |
| | | | | | | Payment for 7/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2020 | 1221377 | $520.43 | $0.00 | $520.43 | 09/24/2020 |
| | | | | | | Payment for 8/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 08/12/2020 | 1220334 | $520.43 | $0.00 | $520.43 | 08/20/2020 |
| | | | | | | Payment for 4/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 08/12/2020 | 1220334 | $520.43 | $0.00 | $520.43 | 08/20/2020 |
| | | | | | | Payment for 5/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 08/12/2020 | 1220334 | $520.43 | $0.00 | $520.43 | 08/20/2020 |
| | | | | | | Payment for 6/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 06/02/2020 | 1218267 | $520.43 | $0.00 | $520.43 | 06/05/2020 |
| | | | | | | Payment for 2/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 06/02/2020 | 1218267 | $520.43 | $0.00 | $520.43 | 06/05/2020 |
| | | | | | | Payment for 3/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 01/16/2020 | 1212209 | $520.43 | $0.00 | $520.43 | 01/28/2020 |
| | | | | | | Payment for 1/2020 | | |
| 501-0 | FAY SERVICING, LLC | | 12/12/2019 | 1210823 | $520.43 | $0.00 | $520.43 | 12/20/2019 |
| | | | | | | Payment for 11/2019 | | |
| 501-0 | FAY SERVICING, LLC | | 12/12/2019 | 1210823 | $520.43 | $0.00 | $520.43 | 12/20/2019 |
| | | | | | | Payment for 12/2019 | | |
| 501-0 | FAY SERVICING, LLC | | 10/10/2019 | 1208464 | $520.43 | $0.00 | $520.43 | 10/29/2019 |
| | | | | | | Payment for 10/2019 | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 09/26/2019 | 1207399 | $520.43 | $0.00 | $520.43 | 10/31/2019 |
| | | | | | | Payment for 9/2019 | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 08/07/2019 | 1205947 | $520.43 | $0.00 | $520.43 | 10/02/2019 |
| | | | | | | Payment for 7/2019 | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 08/07/2019 | 1205947 | $520.43 | $0.00 | $520.43 | 10/02/2019 |
| | | | | | | Payment for 8/2019 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 06/06/2019 | 1203194 | $520.43 | $0.00 | $520.43 | 06/11/2019 |
| | | | | Payment for 6/2019 | | | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 05/09/2019 | 1201890 | $520.43 | $0.00 | $520.43 | 05/14/2019 |
| | | | | Payment for 5/2019 | | | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 04/11/2019 | 1200536 | $520.43 | $0.00 | $520.43 | 04/16/2019 |
| | | | | Payment for 4/2019 | | | | |
| 501-0 | LAND HOME FINANCIAL SERVICES, | | 03/12/2019 | 1199195 | $520.43 | $0.00 | $520.43 | 03/18/2019 |
| | | | | Payment for 3/2019 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/07/2019 | 1197583 | $520.43 | $0.00 | $520.43 | 02/21/2019 |
| | | | | Payment for 2/2019 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 01/10/2019 | 1196309 | $520.43 | $0.00 | $520.43 | 01/22/2019 |
| | | | | Payment for 1/2019 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 12/13/2018 | 1194856 | $520.43 | $0.00 | $520.43 | 12/20/2018 |
| | | | | Payment for 11/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 12/13/2018 | 1194856 | $520.43 | $0.00 | $520.43 | 12/20/2018 |
| | | | | Payment for 12/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 10/10/2018 | 1192118 | $520.43 | $0.00 | $520.43 | 10/17/2018 |
| | | | | Payment for 10/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 09/06/2018 | 1190825 | $520.43 | $0.00 | $520.43 | 09/13/2018 |
| | | | | Payment for 8/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 09/06/2018 | 1190825 | $520.43 | $0.00 | $520.43 | 09/13/2018 |
| | | | | Payment for 9/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 07/12/2018 | 1188061 | $520.43 | $0.00 | $520.43 | 07/20/2018 |
| | | | | Payment for 7/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 06/07/2018 | 1186811 | $520.43 | $0.00 | $520.43 | 06/18/2018 |
| | | | | Payment for 6/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 05/15/2018 | 1185327 | $520.43 | $0.00 | $520.43 | 05/29/2018 |
| | | | | Payment for 5/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 04/03/2018 | 1182300 | $520.43 | $0.00 | $520.43 | 04/19/2018 |
| | | | | Payment for 4/2018 | | | | |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 03/08/2018 | 1180943 | $520.43 | $0.00 | $520.43 | 03/15/2018 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/08/2018 | 1179582 | $520.43 | $0.00 | $520.43 | 02/16/2018 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/08/2018 | 1179582 | $520.43 | $0.00 | $520.43 | 02/16/2018 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 02/08/2018 | 1179582 | $520.43 | $0.00 | $520.43 | 02/16/2018 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 01/11/2018 | 1178158 | $520.43 | $0.00 | $520.43 | 01/19/2018 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 12/05/2017 | 1176764 | $520.43 | $0.00 | $520.43 | 12/13/2017 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 11/08/2017 | 1175381 | $520.43 | $0.00 | $520.43 | 11/22/2017 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 10/11/2017 | 1174135 | $520.43 | $0.00 | $520.43 | 10/23/2017 |
| 501-0 | BAYVIEW LOAN SERVICING, LLC | | 10/11/2017 | 1174135 | $520.43 | $0.00 | $520.43 | 10/23/2017 |

Sub-totals: $36,816.89 $0.00 $36,816.89

Grand Total: $36,816.89 $0.00

# Disbursements for Claim

**Case:** 17-01953    **DANIEL M. DEROSA, JR.**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX   75381-4609

**Acct No:** 198 N Main - POST-EXPENSES

ARREARS - 198 NORTH MAIN STREET - REFUND AMENDED POC 1/12/23

Sequence: 24
Modify:
Filed Date:
Hold Code: P

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $116,323.00 | Debt: | $1,250.00 | Interest Paid: | $0.00 |
| Amt Due: | $0.00 | Paid: | $539.96 | Accrued Int: | $0.00 |
| | | | | Balance Due: | $710.04 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5210** | **FAY SERVICING, LLC** | | | | | | | |
| 521-0 | FAY SERVICING, LLC | C | 02/22/2023 | 0 | ($162.55) | $0.00 | ($162.55) | |
| | | | | | | | Cred Rfd Chk #: 1187066 | |
| 521-0 | FAY SERVICING, LLC | C | 12/19/2022 | 0 | ($61.52) | $0.00 | ($61.52) | |
| | | | | | | | Cred Rfd Chk #: 1155000 | |
| 521-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018814 | $162.55 | $0.00 | $162.55 | 12/16/2022 |
| 521-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017757 | $31.67 | $0.00 | $31.67 | 10/28/2022 |
| 521-0 | FAY SERVICING, LLC | | 09/13/2022 | 2016730 | $29.85 | $0.00 | $29.85 | 09/23/2022 |
| 521-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $22.13 | $0.00 | $22.13 | 02/01/2022 |
| 521-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006517 | $34.35 | $0.00 | $34.35 | 12/01/2021 |
| 521-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003415 | $61.99 | $0.00 | $61.99 | 09/01/2021 |
| 521-0 | FAY SERVICING, LLC | | 05/18/2021 | 2000383 | $26.38 | $0.00 | $26.38 | 05/28/2021 |
| 521-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229013 | $26.38 | $0.00 | $26.38 | 04/29/2021 |
| 521-0 | FAY SERVICING, LLC | | 03/17/2021 | 1227989 | $100.78 | $0.00 | $100.78 | 03/29/2021 |
| 521-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226981 | $24.29 | $0.00 | $24.29 | 02/25/2021 |
| 521-0 | FAY SERVICING, LLC | | 02/13/2020 | 1213576 | $24.79 | $0.00 | $24.79 | 02/26/2020 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | V | 01/21/2020 | 1208627 | ($24.79) | $0.00 | ($24.79) | 01/21/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | FAY SERVICING, LLC | | 01/16/2020 | 1212210 | $71.47 | $0.00 | $71.47 | 01/29/2020 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | V | 12/23/2019 | 1207398 | ($36.58) | $0.00 | ($36.58) | 12/23/2019 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | | 10/10/2019 | 1208627 | $24.79 | $0.00 | $24.79 | 01/21/2020 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | | 09/26/2019 | 1207398 | $36.58 | $0.00 | $36.58 | 12/23/2019 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | | 06/06/2019 | 1203193 | $24.71 | $0.00 | $24.71 | 06/11/2019 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | | 05/09/2019 | 1201889 | $24.69 | $0.00 | $24.69 | 05/14/2019 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | | 04/11/2019 | 1200535 | $24.71 | $0.00 | $24.71 | 04/16/2019 |
| 521-0 | LAND HOME FINANCIAL SERVICES, | | 03/12/2019 | 1199194 | $24.69 | $0.00 | $24.69 | 03/18/2019 |
| 521-0 | BAYVIEW LOAN SERVICING | | 02/07/2019 | 1197582 | $48.60 | $0.00 | $48.60 | 02/15/2019 |
| | | | | **Sub-totals:** | **$539.96** | **$0.00** | **$539.96** | |
| | | | | **Grand Total:** | **$539.96** | **$0.00** | | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|

# Disbursements for Claim

**Case:** 17-01953  **DANIEL M. DEROSA, JR.**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX  75381-4609

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 198 N Main - PRE-ARREARS -

LOAN MODIFIED - ARREARS - 198 NORTH MAIN  AMENDED POC 1/12/23

| | | | | |
|---|---|---|---|---|
| Amt Sched: $116,323.00 | Debt: $12,992.68 | Interest Paid: $0.00 | | |
| Amt Due: $0.00 | Paid: $12,992.68 | Accrued Int: $0.00 | | |
| | | Balance Due: $0.00 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **FAY SERVICING, LLC** | | | | | | | |
| 520-0 | FAY SERVICING, LLC | | 01/19/2022 | 2008554 | $532.65 | $0.00 | $532.65 | 02/01/2022 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2021 | 2006517 | $576.02 | $0.00 | $576.02 | 12/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 10/14/2021 | 2005472 | $250.43 | $0.00 | $250.43 | 11/02/2021 |
| 520-0 | FAY SERVICING, LLC | | 08/18/2021 | 2003415 | $1,241.20 | $0.00 | $1,241.20 | 09/01/2021 |
| 520-0 | FAY SERVICING, LLC | | 07/14/2021 | 2002378 | $250.43 | $0.00 | $250.43 | 08/03/2021 |
| 520-0 | FAY SERVICING, LLC | | 05/18/2021 | 2000383 | $634.70 | $0.00 | $634.70 | 05/28/2021 |
| 520-0 | FAY SERVICING, LLC | | 04/15/2021 | 1229013 | $634.70 | $0.00 | $634.70 | 04/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 03/17/2021 | 1227989 | $2,425.03 | $0.00 | $2,425.03 | 03/29/2021 |
| 520-0 | FAY SERVICING, LLC | | 02/17/2021 | 1226981 | $584.38 | $0.00 | $584.38 | 02/25/2021 |
| 520-0 | FAY SERVICING, LLC | | 02/13/2020 | 1213576 | $596.37 | $0.00 | $596.37 | 02/26/2020 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | V | 01/21/2020 | 1208627 | ($596.37) | $0.00 | ($596.37) | 01/21/2020 |
| 520-0 | FAY SERVICING, LLC | | 01/16/2020 | 1212210 | $1,476.76 | $0.00 | $1,476.76 | 01/29/2020 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | V | 12/23/2019 | 1207398 | ($880.39) | $0.00 | ($880.39) | 12/23/2019 |
| 520-0 | FAY SERVICING, LLC | | 12/12/2019 | 1210824 | $243.31 | $0.00 | $243.31 | 12/20/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 10/10/2019 | 1208627 | $596.37 | $0.00 | $596.37 | 01/21/2020 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 09/26/2019 | 1207398 | $880.39 | $0.00 | $880.39 | 12/23/2019 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | V | 09/23/2019 | 1205946 | ($241.28) | $0.00 | ($241.28) | 09/23/2019 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 08/07/2019 | 1205946 | $241.28 | $0.00 | $241.28 | 09/23/2019 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 06/06/2019 | 1203193 | $594.33 | $0.00 | $594.33 | 06/11/2019 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 05/09/2019 | 1201889 | $594.34 | $0.00 | $594.34 | 05/14/2019 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 04/11/2019 | 1200535 | $594.33 | $0.00 | $594.33 | 04/16/2019 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 03/12/2019 | 1199194 | $594.34 | $0.00 | $594.34 | 03/18/2019 |
| 520-0 | BAYVIEW LOAN SERVICING | | 02/07/2019 | 1197582 | $1,169.36 | $0.00 | $1,169.36 | 02/15/2019 |

Sub-totals: $12,992.68  $0.00  $12,992.68

Grand Total: $12,992.68  $0.00