In re:  Case No. 17-01953-MJC
Daniel M. Derosa, Jr.  Chapter 13
Melanie L. Derosa
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 4
Date Rcvd: Oct 25, 2023     Form ID: 3180W     Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel M. Derosa, Jr., Melanie L. Derosa, 198 North Main Street, Hughesville, PA 17737-1508 |
| 4919987 | + | Apothaker & Associates, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 4919989 | + | Boca Raton Hospital, 800 Meadows Rd, Boca Raton, FL 33486-2368 |
| 4919992 | + | Citizens & Northern Bank, 1085 South Main Street, Mansfield, PA 16933-9574 |
| 4919993 | + | Coml Accept, 4807 Jonestown Rd. Ste 247, Harrisburg, PA 17109-1744 |
| 4919995 | + | Cvi Loan GT Trust, 55 Beattie Place Suite 110, Greenville, SC 29601-5115 |
| 4938103 | | DITECH FINANCIAL LLC, POB 0049, Rapid City, SD 57709 |
| 4919996 | | Danville Hospital, 100 N Academy Ave, Fl 6, Troxelville, PA 17882 |
| 4919997 | + | Evangelical Community Hospital, One Hospital Drive, Lewisburg, PA 17837-9318 |
| 4919998 | | Geisinger Medical Center, PO Box 828518, Philadelphia, PA 19182-8518 |
| 4919999 | | Green Tree, 500 Landmark Tower, St Paul, MN 55102 |
| 5170137 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 5170138 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121, Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400 Seattle, WA 98121-3132 |
| 4920011 | + | Northwest Consumer Dis, 440 River Ave, Williamsport, PA 17701-3723 |
| 4981969 | + | PA Department of Labor & Industry, PO Box 28405, Harrisburg, PA 17128-0001 |
| 4920018 | + | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 4920019 | + | Susquehanna Health, 699 Rural Ave # 306, Williamsport, PA 17701-3250 |
| 4938131 | + | Tsi/99, PO Box 15630, Wilmington, DE 19850-5630 |
| 4920020 | + | Williamsport Hospital, 700 High Street, Williamsport, PA 17701-3198 |
| 4920005 | + | mucny valley hospital, 215 East Water Street, Muncy, PA 17756-8700 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 25 2023 22:40:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Oct 25 2023 18:36:46 | U.S. Bank Trust National Association, as Trustee f, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5423727 | + | EDI: AISACG.COM | Oct 25 2023 22:40:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4945341 | | EDI: GMACFS.COM | Oct 25 2023 22:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4919986 | + | EDI: GMACFS.COM | Oct 25 2023 22:40:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI |

| Record | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 48243-1300 |
| 4943799 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 18:48:45 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4938093 | + EDI: LCIBAYLN | Oct 25 2023 22:40:00 | Bayview Loan Servicing LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 4919988 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 25 2023 18:38:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 4919991 | EDI: CITICORP.COM | Oct 25 2023 22:40:00 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 4919990 | + EDI: CAPIO.COM | Oct 25 2023 22:40:00 | Capio Partners Llc, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 4919994 | + Email/Text: commonwealth@ebn.phinsolutions.com | Oct 25 2023 18:38:00 | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 4920000 | + EDI: LCIICSYSTEM | Oct 25 2023 22:40:00 | I C System, P.O. Box 64378, St Paul, MN 55164-0378 |
| 4920001 | + EDI: LCIICSYSTEM | Oct 25 2023 22:40:00 | I.C. Systems, Inc., P.O. Box 64378, St Paul, MN 55164-0378 |
| 4920003 | EDI: IRS.COM | Oct 25 2023 22:40:00 | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 4938112 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 18:48:45 | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4943800 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 18:48:45 | LVNV Funding, LLC its successors and assigns as, assignee of CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4920007 | Email/Text: paula.tilley@nrsagency.com | Oct 25 2023 18:38:00 | Nationwide Recovery Sv, Po Box 8005, Cleveland, TN 37320 |
| 4920006 | + Email/Text: Bankruptcies@nragroup.com | Oct 25 2023 18:38:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4920008 | + Email/Text: Bankruptcies@nragroup.com | Oct 25 2023 18:38:00 | Natl Recover, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4920012 | + EDI: AGFINANCE.COM | Oct 25 2023 22:39:00 | Onemain, P.O. Box 499, Hanover, MD 21076-0499 |
| 4920013 | EDI: PENNDEPTREV | Oct 25 2023 22:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 4920013 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2023 18:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 4920014 | Email/Text: bankruptcies@penncredit.com | Oct 25 2023 18:38:00 | Penn Credit, 916 South 14th Street Po Box 988, Harrisburg, PA 17108 |
| 4968278 | EDI: PRA.COM | Oct 25 2023 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4920017 | ^ MEBN | Oct 25 2023 18:36:53 | PP&L, 2 NORTH 9TH STREET, ALLENTOWN, PA 18101-1179 |
| 4938126 | EDI: Q3G.COM | Oct 25 2023 22:39:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 4964451 | EDI: Q3G.COM | Oct 25 2023 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4938240 | EDI: Q3G.COM | Oct 25 2023 22:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| 4938128 | | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 18:48:45 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 4938129 | | EDI: AISSPRINT | Oct 25 2023 22:40:00 | Sprint, Customer Service, P.O. Box 8077, London, KY 40742 |
| 5255604 | | ^ MEBN | Oct 25 2023 18:36:47 | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association, Fay Servicing, LLC 75381-4609 |
| 5255603 | | ^ MEBN | Oct 25 2023 18:36:47 | U.S. Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee f |
| 4969202 | | BAYVIEW LOAN SERVICING, LLC |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| 4938091 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 4938092 | *+ | Apothaker & Associates, 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 4938094 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 4938095 | *+ | Boca Raton Hospital, 800 Meadows Rd, Boca Raton, FL 33486-2368 |
| 4938097 | *P++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2239, address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 4938096 | *+ | Capio Partners Llc, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 4938098 | *+ | Citizens & Northern Bank, 1085 South Main Street, Mansfield, PA 16933-9574 |
| 4938099 | *+ | Coml Accept, 4807 Jonestown Rd. Ste 247, Harrisburg, PA 17109-1744 |
| 4938100 | *+ | Commonwealth Financial, 245 Main St, Dickson City, PA 18519-1641 |
| 4938101 | *+ | Cvi Loan GT Trust, 55 Beattie Place Suite 110, Greenville, SC 29601-5115 |
| 4938102 | * | Danville Hospital, 100 N Academy Ave, Fl 6, Troxelville, PA 17882 |
| 4938104 | *+ | Evangelical Community Hospital, One Hospital Drive, Lewisburg, PA 17837-9318 |
| 4938105 | * | Geisinger Medical Center, PO Box 828518, Philadelphia, PA 19182-8518 |
| 4938106 | * | Green Tree, 500 Landmark Tower, St Paul, MN 55102 |
| 4938107 | *+ | I C System, P.O. Box 64378, St Paul, MN 55164-0378 |
| 4938108 | *+ | I.C. Systems, Inc., P.O. Box 64378, St Paul, MN 55164-0378 |
| 4938110 | * | Internal Revenue Service, Insolvency Unit, POB 628, Pittsburgh, PA 15230 |
| 4920004 | *+ | Internal Revenue Service, William S. Moorehead Federal Buildi, 1000 Liberty Avenue Room 727, Pittsburgh, PA 15222-4107 |
| 4938111 | *+ | Internal Revenue Service, William S. Moorehead Federal Buildi, 1000 Liberty Avenue Room 727, Pittsburgh, PA 15222-4107 |
| 4920002 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 4938109 | *+ | Internal Revenue Service, Insolvency Unit, POB 7346, Philadelphia, PA 19101-7346 |
| 4938115 | *P++ | NATIONWIDE RECOVERY SERVICE, ATTENTION PAULA TILLEY, PO BOX 8005, CLEVELAND TN 37320-8005, address filed with court:, Nationwide Recovery Sv, Po Box 8005, Cleveland, TN 37320 |
| 4938114 | *+ | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4938116 | *+ | Natl Recover, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4938117 | *+ | Natl Recover, 4201 Crums Mill Rd, Harrisburg, PA 17112-2893 |
| 4938118 | *+ | Natl Recovery, 4201 Crums Mill Rd, Harrisburg, PA 17112-2893 |
| 4938119 | *+ | Northwest Consumer Dis, 440 River Ave, Williamsport, PA 17701-3723 |
| 4938120 | *+ | Onemain, P.O. Box 499, Hanover, MD 21076-0499 |
| 4981970 | *+ | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 4938121 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 4938122 | *P++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703, address filed with court:, Penn Credit, 916 South 14th Street Po Box 988, Harrisburg, PA 17108 |
| 4938125 | * | PP&L, 2 NORTH 9TH STREET, ALLENTOWN, PA 18101-1179 |
| 4938123 | *+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 4938124 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 4938127 | *+ | Remit Corp, 36 W Main St, Bloomsburg, PA 17815-1703 |
| 4938130 | *+ | Susquehanna Health, 699 Rural Ave # 306, Williamsport, PA 17701-3250 |
| 4938132 | *+ | Williamsport Hospital, 700 High Street, Williamsport, PA 17701-3198 |

| | | |
|---|---|---|
| 4938113 | *+ | mucny valley hospital, 215 East Water Street, Muncy, PA 17756-8700 |
| 4920009 | ##+ | Natl Recover, 4201 Crums Mill Rd, Harrisburg, PA 17112-2893 |
| 4920010 | ##+ | Natl Recovery, 4201 Crums Mill Rd, Harrisburg, PA 17112-2893 |
| 4920015 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 4920016 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 2 Undeliverable, 39 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Fay Servicing LLC as attorney in fact for U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor Bayview Loan Servicing LLC pamb@fedphe.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Cancanon | on behalf of Creditor Land Home Financial Services Inc. Lisa.Cancanon@vf-law.com, Llombardi06@law.du.edu |
| Michele A De Witt | on behalf of Creditor Bayview Loan Servicing LLC bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Paul W McElrath, Jr. | on behalf of Debtor 2 Melanie L. Derosa ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Daniel M. Derosa Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Daniel M. Derosa Jr. | Social Security number or ITIN: xxx–xx–3232 | EIN: __–_____ |
| Debtor 2 (Spouse, if filing): Melanie L. Derosa | Social Security number or ITIN: xxx–xx–1197 | EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 4:17-bk-01953-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel M. Derosa Jr.          Melanie L. Derosa

10/25/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**