<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| **Debtor 1** | Daniel M. Derosa, Jr. |
| **Debtor 2** <br> **(Spouse, if filing)** | Melanie L. Derosa |
| **United States Bankruptcy Court for the:** Middle District of | Pennsylvania <br> **(State)** |
| **Case number** | 4:17-bk-01953-MJC |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

### Part 1:   Mortgage Information

**Name of Creditor:**   U.S. Bank Trust National Association, as Trustee for CVI LCF Mortgage Loan Trust I

Court claim no. (if known): 11-2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX6024

**Property address:**   198 N Main St
Number        Street

Hughesville, PA 17737
City        State        ZIP Code

---

### Part 2:   Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim.  Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:          $_____

---

### Part 3:   Post-petition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:   _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---:|
| a. | Total post-petition payments due: | (a) $ | 2,109.12 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ | 0.00 |
| c. | **Total.**  Add lines a and b | (c) $ | 2,109.12 |

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:          09/01/2023*
MM/DD/YYYY

**\*Creditor Agrees all payments from Trustee have been received through August 2023. However, the file is delinquent and post-petition payments from 9/1/2023-11/1/2023 @$703.04 are due from the debtor.**

Case 4:17-bk-01953-MJC    Doc 127    Filed 11/09/23    Entered 11/09/23 17:28:36    Desc
Main Document      Page 1 of 5

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ */s/Dane  Exnowski*
     Signature

Date    11/09/2023

Print    Dane  Exnowski
     First Name      Middle Name      Last Name

Title    Authorized Agent for the Creditor

Company    McCalla Raymer Leibert Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    1544 Old Alabama Road
     Number      Street

Roswell, GA 30076
City      State      Zip Code

Contact phone    562-661-5060

Email    Dane.Exnowski@mccalla.com

In Re: Daniel M. Derosa, Jr.
Melanie L. Derosa

## CERTIFICATE OF SERVICE

I, Dane Exnowski, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Daniel M. Derosa, Jr.
198 North Main Street
Hughesville, PA 17737

Melanie L. Derosa
198 North Main Street
Hughesville, PA 17737

Paul W McElrath, Jr.                    *(served via ECF Notification)*
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Jack N Zaharopoulos, Trustee            *(served via ECF Notification)*
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee                   *(served via ECF Notification)*
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:   11/09/2023    By:   /s/Dane Exnowski
                (date)              Dane Exnowski,
                                    Authorized Agent for the Creditor

Fay Servicing, LLC  
Post Petition Payment Ledger

| Pmt Due/Comments | Amt Due | Date Received | Amt Rec'd | Pmt Satisified | To/From Suspense | Suspense Balance |
|---|---|---|---|---|---|---|
| Begin Suspense | | | | | $ - | $ - |
| | $ 520.43 | 10/19/2017 | $ 520.43 | 5/15/2017 | $ - | $ - |
| | $ 520.43 | 10/19/2017 | $ 520.43 | 6/15/2017 | $ - | $ - |
| | $ 520.43 | 11/20/2017 | $ 520.43 | 7/15/2017 | $ - | $ - |
| | $ 520.43 | 12/11/2017 | $ 520.43 | 8/15/2017 | $ - | $ - |
| | $ 520.43 | 1/17/2018 | $ 520.43 | 9/15/2017 | $ - | $ - |
| | $ 520.43 | 2/14/2018 | $ 520.43 | 10/15/2017 | $ - | $ - |
| | $ 520.43 | 2/14/2018 | $ 520.43 | 11/15/2017 | $ - | $ - |
| | $ 520.43 | 2/14/2018 | $ 520.43 | 12/15/2017 | $ - | $ - |
| | $ 520.43 | 3/13/2018 | $ 520.43 | 1/15/2018 | $ - | $ - |
| | $ 520.43 | 4/17/2018 | $ 520.43 | 2/15/2018 | $ - | $ - |
| | $ 520.43 | 5/24/2018 | $ 520.43 | 3/15/2018 | $ - | $ - |
| | $ 520.43 | 6/14/2018 | $ 520.43 | 4/15/2018 | $ - | $ - |
| | $ 520.43 | 7/18/2018 | $ 520.43 | 5/15/2018 | $ - | $ - |
| | $ 520.43 | 9/11/2018 | $ 520.43 | 6/15/2018 | $ - | $ - |
| | $ 520.43 | 9/11/2018 | $ 520.43 | 7/15/2018 | $ - | $ - |
| | $ 520.43 | 10/15/2018 | $ 520.43 | 8/15/2018 | $ - | $ - |
| | $ 520.43 | 12/18/2018 | $ 520.43 | 9/15/2018 | $ - | $ - |
| | $ 520.43 | 12/18/2018 | $ 520.43 | 10/15/2018 | $ - | $ - |
| | $ 520.43 | 1/17/2019 | $ 520.43 | 11/15/2018 | $ - | $ - |
| | $ 520.43 | 2/21/2017 | $ 520.43 | 12/15/2018 | $ - | $ - |
| | $ 520.43 | 3/18/2019 | $ 520.43 | 1/15/2019 | $ - | $ - |
| | $ 520.43 | 4/16/2019 | $ 520.43 | 2/15/2019 | $ - | $ - |
| | $ 520.43 | 5/14/2019 | $ 520.43 | 3/15/2019 | $ - | $ - |
| | $ 520.43 | 6/11/2019 | $ 520.43 | 4/15/2019 | $ - | $ - |
| | $ 520.43 | 10/1/2019 | $ 1,040.86 | 5/15/2019 | $ 520.43 | $ 520.43 |
| | $ 520.43 | | | 6/15/2019 | $ (520.43) | $ - |
| | $ 520.43 | 10/28/2019 | $ 520.43 | 7/15/2019 | $ - | $ - |
| | $ 520.43 | 10/30/2019 | $ 520.43 | 8/15/2019 | $ - | $ - |
| | $ 520.43 | 12/19/2019 | $ 1,040.86 | 9/15/2019 | $ 520.43 | $ 520.43 |
| | $ 520.43 | | | 10/15/2019 | $ (520.43) | $ - |
| | $ 520.43 | 1/27/2020 | $ 520.43 | 11/15/2019 | $ - | $ - |
| | $ 520.43 | 6/4/2020 | $ 520.43 | 12/15/2019 | $ - | $ - |
| | $ 520.43 | 6/4/2020 | $ 520.43 | 1/15/2020 | $ - | $ - |
| | $ 520.43 | 8/19/2020 | $ 520.43 | 2/15/2020 | $ - | $ - |
| | $ 520.43 | 8/19/2020 | $ 520.43 | 3/15/2020 | $ - | $ - |
| | $ 520.43 | 8/19/2020 | $ 520.43 | 4/15/2020 | $ - | $ - |
| | $ 520.43 | 9/23/2020 | $ 520.43 | 5/15/2020 | $ - | $ - |
| | $ 520.43 | 9/23/2020 | $ 520.43 | 6/15/2020 | $ - | $ - |
| | $ 520.43 | 12/16/2020 | $ 520.43 | 7/15/2020 | $ - | $ - |
| | $ 520.43 | 12/16/2020 | $ 520.43 | 8/15/2020 | $ - | $ - |
| | $ 520.43 | 12/16/2020 | $ 520.43 | 9/15/2020 | $ - | $ - |
| | $ 520.43 | 1/26/2021 | $ 520.43 | 10/15/2020 | $ - | $ - |
| | $ 520.43 | 1/26/2021 | $ 520.43 | 11/15/2020 | $ - | $ - |
| | $ 520.43 | 2/24/2021 | $ 520.43 | 12/15/2020 | $ - | $ - |

| | | | | | | |
|---|---|---|---|---|---|---|
| | $ 520.43 | 3/27/2021 | $ 520.43 | 1/15/2021 | $ - | $ - |
| | $ 520.43 | 4/28/2021 | $ 520.43 | 2/15/2021 | $ - | $ - |
| | $ 520.43 | 5/27/2021 | $ 520.43 | 3/15/2021 | $ - | $ - |
| | $ 520.43 | 7/31/2021 | $ 520.43 | 4/15/2021 | $ - | $ - |
| | $ 520.43 | 7/31/2021 | $ 520.43 | 5/15/2021 | $ - | $ - |
| | $ 520.43 | 8/28/2021 | $ 520.43 | 6/15/2021 | $ - | $ - |
| | $ 520.43 | 10/31/2021 | $ 520.43 | 7/15/2021 | $ - | $ - |
| | $ 520.43 | 10/31/2021 | $ 520.43 | 8/15/2021 | $ - | $ - |
| | $ 520.43 | 11/26/2021 | $ 520.43 | 9/15/2021 | $ - | $ - |
| | $ 520.43 | 1/31/2022 | $ 520.43 | 10/15/2021 | $ - | $ - |
| | $ 520.43 | 1/31/2022 | $ 520.43 | 11/15/2021 | $ - | $ - |
| | | 3/30/2022 | $ 520.43 | | $ 520.43 | $ 520.43 |
| | $ (48.97) | 5/9/2022 | | | $ 48.97 | $ 569.40 |
| Loan Mod Eff 4/1/22 | | | | | $ - | $ 569.40 |
| | $ 48.97 | 5/11/2022 | | | $ (48.97) | $ 520.43 |
| | $ 286.73 | 9/28/2022 | $ 816.51 | 4/1/2022 | $ 529.78 | $ 1,050.21 |
| | $ 664.80 | 9/28/2022 | $ 286.73 | 5/1/2022 | $ (378.07) | $ 672.14 |
| | $ 664.80 | 9/28/2022 | $ 286.73 | 6/1/2022 | $ (378.07) | $ 294.07 |
| | | 9/28/2022 | $ 286.73 | | $ 286.73 | $ 580.80 |
| | $ 664.80 | 9/28/2022 | $ 286.73 | 7/1/2022 | $ (378.07) | $ 202.73 |
| | | 9/28/2022 | $ 286.73 | | $ 286.73 | $ 489.46 |
| | $ 664.80 | 9/28/2022 | $ 286.73 | 8/1/2022 | $ (378.07) | $ 111.39 |
| | | 9/28/2022 | $ 286.73 | | $ 286.73 | $ 398.12 |
| | $ 664.80 | 9/28/2022 | $ 286.73 | 9/1/2022 | $ (378.07) | $ 20.05 |
| | | 9/28/2022 | $ 155.69 | | $ 155.69 | $ 175.74 |
| | | 1/24/2023 | $ 286.73 | | $ 286.73 | $ 462.47 |
| | | 1/24/2023 | $ 131.04 | | $ 131.04 | $ 593.51 |
| | $ 664.80 | 2/24/2023 | $ 286.73 | 10/1/2022 | $ (378.07) | $ 215.44 |
| | | | | | $ - | $ 215.44 |
| | | 4/25/2023 | $ 286.73 | | $ 286.73 | $ 502.17 |
| | $ 664.80 | 6/21/2023 | $ 286.73 | 11/1/2022 | $ (378.07) | $ 124.10 |
| | | 6/21/2023 | $ 286.73 | | $ 286.73 | $ 410.83 |
| | $ 664.80 | 8/15/2023 | $ 560.75 | 12/1/2022 | $ (104.05) | $ 306.78 |
| | | | | | $ - | $ 306.78 |
| debtor funds / start 8/1/23 | $ 664.80 | 10/31/2023 | $ 704.00 | 1/1/2023 | $ 39.20 | $ 345.98 |
| | $ 664.80 | 10/31/2023 | $ 664.80 | 2/1/2023 | $ - | $ 345.98 |
| | $ 664.80 | 10/31/2023 | $ 664.80 | 3/1/2023 | $ - | $ 345.98 |
| | $ 664.80 | 10/31/2023 | $ 664.80 | 4/1/2023 | $ - | $ 345.98 |
| | | 10/31/2023 | $ 0.20 | | $ 0.20 | $ 346.18 |
| TT 3/15/23 | | | $ 286.73 | | $ 286.73 | $ 632.91 |
| credit adjustment | $ 664.80 | | $ 2,064.53 | 5/1/2023 | $ 1,399.73 | $ 2,032.64 |
| | $ 664.80 | | | 6/1/2023 | $ (664.80) | $ 1,367.84 |
| | $ 664.80 | | | 7/1/2023 | $ (664.80) | $ 703.04 |
| | $ 703.04 | | | 8/1/2023 | $ (703.04) | $ 0.00 |
| 9/1/2023 | $ 703.04 | | | | $ (703.04) | $ (703.04) |
| 10/1/2023 | $ 703.04 | | | | $ (703.04) | $ (1,406.08) |
| 11/1/2023 | $ 703.04 | | | | $ (703.04) | $ (2,109.12) |